UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00025

**Caleb Stubblefield,**
*Plaintiff,*

v.

**Sheriff Botie Hillhouse et al.,**
*Defendants.*

**ORDER**

Plaintiff Caleb Stubblefield, a former inmate of the Henderson County Jail in Athens, Texas proceeding pro se, filed this civil action complaining of alleged deprivations of his rights. The case was referred to United States Magistrate Judge John D. Love.

Defendant Southern Health Medical filed a motion to dismiss on May 11, 2023. Doc. 17. Plaintiff did not respond.

On October 2, 2023, the magistrate judge entered a report recommending that the motion to dismiss be granted and the claims against Southern Health Medical be dismissed with prejudice. Doc. 21. A copy of this report was sent to plaintiff at his last known address, but no objections have been received.

The court's last contact from plaintiff was on April 14, 2023. Doc. 15. To date, he has not notified the court of his current mailing address or whereabouts. The complaint form which plaintiff signed contains a declaration reading "I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit." Doc. 1.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court

accepts its findings and recommendation. Southern Health Medical's motion to dismiss (Doc. 17) is granted and the claims against it are dismissed with prejudice.

*So ordered by the court on December 19, 2023.*

J. CAMPBELL BARKER
United States District Judge